**EXHIBIT 2:** INFRINGEMENT #1
URL: https://www.buzzfeednews.com/article/tanyachen/nashville-influencer-claims-smartwater-featured-motorcycle



**EXHIBIT 2:** INFRINGEMENT #2

URL: https://www.buzzfeednews.com/article/tanyachen/nashville-influencer-claims-smartwater-featured-motorcycle



**EXHIBIT 2:** INFRINGEMENT #3

URL: https://www.buzzfeednews.com/article/tanyachen/nashville-influencer-claims-smartwater-featured-motorcycle



**EXHIBIT 2:** INFRINGEMENT #4

URL: https://www.buzzfeednews.com/article/tanyachen/nashville-influencer-claims-smartwater-featured-motorcycle

