**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LINDSAY GRACE WHIDDON,

                    Plaintiff,

      -against-                              22 **CIVIL** 4696 (CM)

                                                **JUDGMENT**

BUZZFEED, INC.,

                    Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated October 31, 2022, the Defendant's motion to dismiss is GRANTED.

**Dated:**  New York, New York

       November 1, 2022

                                                          **RUBY J. KRAJICK**

                                                          _____
                                                          **Clerk of Court**

                               **BY:**    *K. Mango*
                                                           _____
                                                          **Deputy Clerk**