Nancy A. Del Pizzo
Ana Parikh
RIVKIN RADLER LLP
25 Main Street, Suite 501
Court Plaza North
Hackensack, New Jersey 07601
(201) 287-2460 (T)
(201) 489-0495 (F)

-and-

477 Madison Avenue
New York, New York 10022
(212) 455-9555 (T)
(212) 687-9044 (F)

*Attorneys for Defendant,*
*BuzzFeed, Inc.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/2023
```

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| Lindsey Grace Whiddon,<br><br>Plaintiff,<br><br>v.<br><br>BuzzFeed, Inc.,<br><br>Defendant. | Civil Action No.: 1:22-cv-04696 (CM) (KHP)<br><br>[~~PROPOSED~~] **JUDGMENT** |
|---|---|

  **WHEREAS**, on June 6, 2022, Plaintiff Lindsey Grace Whiddon ("Plaintiff") filed an action for willful copyright infringement against Defendant BuzzFeed, Inc. ("Defendant) under section 17 U.S.C. §106, alleging that Defendant improperly and illegally copied, stored, reproduced, distributed, adapted, and/or publicly displayed works copyrights by Plaintiff without Plaintiff's authorization;

  **WHEREAS**, on October 31, 2022, the Court dismissed Plaintiff's Complaint, (Dkt. No. 32), and denied Plaintiff's motion for reconsideration (D.E. 46), and Defendant moved for a

discretionary award of costs and attorneys' fees pursuant to the Copyright Act, 17 U.S.C. § 505. (D.E. 35).

**WHEREAS**, on January 13, 2023, the Court granted in part and denying in part Defendant's Motion for an Award of Costs and Attorneys' Fees, jointly and severally (against plaintiff and her law firm) awarding fees with regard to the motion for reconsideration and costs. (D.E. 50).

It is therefore **ORDERED, ADJUDGED and DECREED** that:

1. Judgment in be entered against plaintiff, Lindsey Grace Whiddon and Sanders Law Group, jointly and severally, for the following legal fees and costs;

2. Judgment is hereby entered for legal fees in the amount of $332.50;

3. Judgment is hereby entered for costs in the amount of $119.71;

4. Plaintiff is to pay post-judgment interest under 28 U.S.C.A. § 1961; and,

5. The Court retains jurisdiction over any matter pertaining to this judgment.

Dated: New York, New York

24 Jan, 2023

SO ORDERED.

_____
Hon. Colleen McMahon, U.S.D.J.